# Order

Michigan Supreme Court
Lansing, Michigan

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133718 & (23)

MARIO MENDEZ, Personal Representative
of the Estate of PATRICIA A. MENDEZ,
Deceased,
       Plaintiff-Appellee
       and Cross-Appellee,

v

LOUIS B. BIXLER, M.D. and KENT
RADIOLOGY, P.C.,
       Defendants-Appellants
       and Cross-Appellees,

and

ST. MARY'S MERCY MEDICAL CENTER,
a/k/a TRINITY HEALTH,
       Defendant-Appellee
       and Cross-Appellant.
_____/

SC: 133718
COA: 274856
Kent CC: 06-006113-NH

On order of the Court, the application for leave to appeal the March 22, 2007 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

d0618